UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY JOSEPH PARCHEM, JR.,<br>         Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF STANISLAUS COUNTY,<br>         Defendant. | Case No. 20-cv-01257 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On February 19, 2020, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On the same day, the Clerk notified Plaintiff that he failed to file an *in forma pauperis* application ("IFP"). Dkt. No. 2. Plaintiff was advised that failure to respond within twenty-eight days of the notice would result in the action being dismissed without prejudice. *Id*.

The matter was reassigned to this Court on March 27, 2020. Dkt. No. 5. The deadline for responding to the Clerk's notice has passed, and Plaintiff has failed to comply or have any other communication with the Court. Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  __May 15, 2020_____          _____
                                                        BETH LABSON FREEMAN
                                                        United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.20\01257Parchem_dis-ifp