UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY JOSEPH PARCHEM, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF STANISLAUS COUNTY,<br><br>    Defendant. | Case No. 20-01257 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __May 15, 2020_____

*(signature)*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.20\01257Parchem_jud