UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY JOSEPH PARCHEM, JR.,<br><br>          Plaintiff,<br><br>     v.<br><br>SUPERIOR COURT OF STANISLAUS COUNTY,<br><br>          Defendant. | Case No. 20-cv-01257 BLF (PR)<br><br>**ORDER VACATING JUDGMENT AND REOPENING CASE** |

Plaintiff, a state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against the Superior Court of Stanislaus County. Dkt. No. 1. On May 15, 2020, the Court dismissed Plaintiff's complaint for failure to pay the filing fee or file a complete application to proceed *in forma pauperis* ("IFP") within the time provided. Dkt. No. 6. On May 26, 2020, Plaintiff filed a complete IFP application, with a Certificate of Funds in Prisoner's Account signed and dated by a prison official on May 18, 2020. Dkt. No. 9 at 11. Because it appears that Plaintiff was attempting to file an IFP application in a timely manner, the Court will order the matter reopened. Accordingly, the Judgment entered on May 15, 2020, Dkt. No. 7, is **VACATED**. The Court will conduct an initial screening of the complaint and address the IFP motion in separate orders in due course.

The Clerk shall reopen the file.

**IT IS SO ORDERED.**

Dated: __**June 1, 2020**_____

_____
BETH LABSON FREEMAN
United States District Judge

Order Vacating Judgment and Reopening Action
P:\PRO-SE\BLF\CR.20\01257Parchem_reopen