UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY JOSEPH PARCHEM, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUPERIOR COURT OF STANISLAUS COUNTY,<br><br>　　　　Defendants. | Case No. 20-01257 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the complaint with prejudice for failure to state a claim upon which relief may be granted.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated:  __October 7, 2020_____               _/s/ Beth Labson Freeman_
　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.20\01257Parchem_judgment